**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 21, 2018.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-11519 |
| Edward E. Benford | § | |
| Ingrid Watson-Benford | § | Chapter 13 |
| Debtors | | |

### ORDER GRANTING OBJECTION TO CLAIM #11 OF UNITED CONSUMER FINANCIAL SERVICES

Came on for consideration Debtors' Objection To Claim No.11 of United Consumer Financial Services, and there appearing good cause to grant the relief sought, it is accordingly

ORDERED that Claim #11 of United Consumer Financial Services in the amount of $935.33 is disallowed in full.

FURTHER ORDERED that the clerk mail a copy of this Order to United Consumer Financial Services, c/o Bass & Associates, P.C., 3936 E. Fort Lowell, Suite 200, Tucson, AZ 85712.

# # #

Order submitted by:
Michael J Pledger
901 S. Mopac, Bldg. One, Suite 300
Austin, TX 78746   Phone (512) 441-1027